UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY WILLIAMS,

        Petitioner,        Case no. 06-12836
                                  HON. JOHN CORBETT O'MEARA
v.

KENNETH T. MCKEE,

        Respondent,

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation, filed October 24, 2008, by Magistrate Judge Paul J. Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that Petitioner's application for a writ of habeas corpus is DENIED.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: November 13, 2008

Certificate of Service

I hereby certify that the foregoing order was served upon the parties of record on November 13, 2008, electronically and/or by U.S. mail.

>s/William Barkholz
>Case Manager