UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY WILLIAMS,

    Petitioner,                                     Case No. 06-12836

v.                                          Honorable John Corbett O'Meara

KENNETH T. MCKEE,

    Respondent..
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court having reviewed the Report and Recommendation, filed March 24, 2009, by Magistrate Judge Paul J. Komives, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

IT IS FURTHER ORDERED that petitioner's November 17, 2008, motion for leave to file delayed objections to the October 24, 2008, Report and Recommendation is GRANTED.

The court having reviewed and considered petitioner's objections, attached to petitioner's November 17, 2008, motion for leave to file delayed objections to the October 24, 2008, Report and Recommendation, and the court being fully advised in the premises;

IT IS HEREBY ORDERED that petitioner's objections to the October 24, 2008, Report and Recommendation are OVERRULED.


                                                   s/John Corbett O'Meara
                                                   United States District Judge

Date: July 10, 2009

I hereby certify that a copy of the foregoing order was served upon counsel of record, and upon Petitioner Johnny Williams at Alger Maximum Correctional Facility, P.O. box 600, Munising, MI  49862 on this date, July 10, 2009, by electronic and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager