UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY WILLIAMS,

        Petitioner,        Case No. 06-12836
                                 HON. JOHN CORBETT O'MEARA
v.

KENNETH T. MCKEE,

        Respondent,

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    The court having reviewed the Report and Recommendation filed on August 06, 2009, by Magistrate Judge Paul J. Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted as the findings and conclusions of this court.

    IT IS FURTHER ORDERED that petitioner's motion for a certificate of appealability is DENIED.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: September 11, 2009

<u>Certificate of Service</u>

     I hereby certify that the foregoing order was served upon the parties of record on September 11, 2009, electronically and/or by U.S. mail.

<u>s/William Barkholz</u>
Case Manager